

FILED
U. S. DISTRICT COURT
DISTRICT OF NEBRASKA

2013 MAY -9 AM 10:08

| Robert Lowney<br>DCAD Chief | **CENTRAL VIOLATIONS BUREAU**<br>P.O. Box 780549<br>San Antonio, TX 78278 | Ted C. Willmann<br>Branch Chief<br>(800) 827-2982<br>FAX: (210) 301-6401 |
|---|---|---|

The following has been received at the Central Violations Bureau and is being forwarded to your court for further action. If you have any further questions, please call (800) 827-2982, ext 6410

**District:** DISTRICT OF NEBRASKA

**Location Code:** NE17        **Citation Number(s):** W0910002

| | | |
|---|---|---|
| __LINC__ | **Hearing Site** | The location where the citation is scheduled. |
| 06/06/2013 | **Ticket/Docket Date** | The date the citation is scheduled for court. |
| _____ | **Protest** | The defendant is requesting a court date to protest the citation. |
| _____ | **Correspondence** | The defendant is providing correspondence for the court to consider regarding the citation. |
| ✓ | **Miscellaneous** | See Remarks Section |

**Remarks:**
Agency request for void of citation(s).

_____        April 30, 2013
Mickael Reynolds                 **Date**
Case Processor

__X__   Dismissal Approved

_____   Further action to be taken by CVB or Agency, please specify:

Ordered this __9th__ Day of __May__ 20__13__   _____   __67BF__
                                                 **U.S. Magistrate Judge**    **Magistrate Code**

---

A TRADITION OF SERVICE TO THE FEDERAL JUDICIARY



NOV W0910002
Bowser, Brett
to:
cvb
04/23/2013 03:47 PM
Hide Details
From: "Bowser, Brett" <brett_bowser@fws.gov>

To: <cvb@cvb.uscourts.gov>

To whom it may concern:

I am writing to void NOV W0910002, issued to Mathew Schulte on March 29, 2013. The citation was wrote under the wrong name. The subjects name is not Mathew Schulte, it is Bligh Mathew Schulte. I wrote the subject for not possessing a driver's license, but after a check under the correct name, it was discovered that Schulte did possess a valid driver's license.

--
**Brett A Bowser**
Federal Wildlife Officer
Fort Niobrara/Valentine National Wildlife Refuge
39983 Refuge Road
Valentine NE 69201
402-376-3789 ext 226
24 cell contact 402-322-0040
Fax: 402-376-3217

## U.S. Fish and Wildlife Service
## United States District Court
## Violation Notice

CVB Location Code: **NE17**

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| W 0910002 | Bowser | 6187 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☐ USC ☐ State Code |
|---|---|
| 3-29-2013  1041 | 50 CFR 27.31(g) |

Place of Offense: Fort Niobrara NWR

Offense Description: operate without a valid drivers license

**DEFENDANT INFORMATION** Phone: (913) 529-9822

| Last Name | First Name | M.I. |
|---|---|---|
| SCHULTE | MATHEW | |

Street Address: 204 Vincent
City: Copeland   State: KS   Zip Code: 67837   Date of Birth: 04/30/1991

Drivers License No.: None   D.L. State: —   Social Security No.: 509066520

☒ Adult ☐ Juvenile   Sex ☒ Male ☐ Female   Hair: BR   Eyes: BLU   Height: 6'5   Weight: 165

**VEHICLE DESCRIPTION** VIN:

| Tag No. | State | Year | Make/Model | Color |
|---|---|---|---|---|
| 66-1312 | NE | 08 | [illegible] | Wht |

A ☐ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☒ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

$ 150  Forfeiture Amount
+ $25  Processing Fee
**PAY THIS AMOUNT →** $ 175  Total Collateral Due

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____   Date (mm/dd/yyyy): _____   Time (hh:mm): _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: [signature]

FWS Form 3-219, Rev. 7/05
Original - CVB Copy

---

**STATEMENT OF PROBABLE CAUSE**
(For issuance of an arrest warrant or summons)

I state that on _____, 20____ while exercising my duties as a law enforcement officer in the _____ District of _____

see attached

The foregoing statement is based upon:
☒ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 04/01/2013   [signature]
Date (mm/dd/yyyy)        Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge